AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on PG&E CORPORATION,
by: AT ONE MARKET SPEAR TOWER, STE 2400, SAN FRANCISCO, CA 94105

(1) SUB-SERVICE delivering a copy of each to the individual at this place, BENNY MART, RECEPTIONIST ON 8/18/08 AT 9:21AM

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ 79.00 for travel and $ 0 for services, for a total of $ 79.00 .

Date: 8/21/08

Server's signature

CHRIS SPARKS, #1062, REGISTERED CALIFORNIA SAN FRANCISCO COUNTY

Printed name and title

ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595   925-947-3470

Server's address

SUMMONS IN A CIVIL CASE AND COMPLAINT; , CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, STANDING ORDERS, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA, ECF REGISTRATION INFORMATION HANDOUT, GUIDELINES, DROP BOX FILING PROCEDURES

| Attorney or Party without Attorney: <br> KATHRYN BURKETT DICKSON ESQ <br> DICKSON-ROSS <br> 1970 BROADWAY, STE 1045 <br> Oakland, CA 94612 <br> Telephone No: 510-268-1999   FAX No: 510-268-3627 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: REDEKER | |
| Defendant: PG&E CORPORATION | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV083872BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint; , Civil Cover Sheet, Order Setting Initial Case Management Conference And Adr Deadlines, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Standing Orders, Contents Of Joint Case Management Statement, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California, Ecf Registration Information Handout, Guidelines, Drop Box Filing Procedures

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Tue., Aug. 19, 2008
    b. Place of Mailing:         Walnut Creek, CA 94595
    c. Addressed as follows:     PG&E CORPORATION
                                 ONE MARKET SPEAR TOWER, STE 2400
                                 SAN FRANCISCO, CA 94105
                                 ATTN: LINDA Y. H. CHENG, AGENT FOR SERVICE

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 19, 2008 in the ordinary course of business.

5. Person Serving:
    a. L. RAMIREZ
    b. One Hour Delivery Service
       1280 Boulevard Way #205
       Walnut Creek, CA 94595
    c. .925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee** for Service was:   $79.00
    e. I am: (3) registered California process server
        (i)   Employee
        (ii)  Registration No.:   #641
        (iii) County:             CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Aug. 20, 2008

   *(signed)* L. Ramirez
   (L. RAMIREZ)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

dickkd.12547