KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:   (510) 268-1999
Facsimile:   (510) 268-3627
E-mail:      kbdickson@dicksonross.com

Attorneys for Plaintiff
JAMES A. REDEKER

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. REDEKER,<br><br>   Plaintiff<br><br>v.<br><br>PG&E CORPORATION and DOES I - X,<br><br>   Defendants.<br>_____ | Case No. CV 08-3872 BZ<br><br>**PLAINTIFF'S STATEMENT RE DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br><br>(Local Rule 3-16) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, Plaintiff James Redeker believes that Pacific Gas and Electric Company may have an interest in the outcome, as well as Defendant PG&E Corporation.

*DICKSON - ROSS LLP*

Dated: September 3, 2008   By:   */s/ Kathryn Burkett Dickson*
                                 KATHRYN BURKETT DICKSON
                                 Attorneys for Plaintiff
                                 James Redeker