JOSEPH M. MALKIN (STATE BAR NO. 54039)
jmalkin@orrick.com
OSWALD B. COUSINS (STATE BAR NO. 172239)
ocousins@orrick.com
ROCKY C. TSAI (STATE BAR NO. 221452)
rtsai@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
PG&E Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES A. REDEKER,<br><br>Plaintiff,<br><br>v.<br><br>PG&E CORPORATION and DOES I-X,<br><br>Defendants. | Case No. CV 08 3872 BZ<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF PROCEEDINGS** |

## STIPULATION

Plaintiff James A. Redeker ("Plaintiff") and Defendant PG&E Corporation ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have reached a settlement in principle that will resolve this action without the need for further litigation. The parties are still working to finalize specific terms and expect to file a dismissal within thirty to sixty days.

2. Currently, Defendant's response to the complaint is due on October 3, 2008, the Parties are scheduled to appear for a case management conference on November 17, 2008, and their joint case management statement is due by November 10, 2008.

3. The parties hereby agree to continue Defendants' time to respond to the complaint for another sixty days, until December 3, 2008, and also respectfully request that the Court continue the case management conference and all related deadlines for sixty days to allow the parties time to finalize the settlement and file a dismissal.

Dated: October 6, 2008

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

By: *Kathy Burkett Dickson*
Kathryn Burkett-Dickson
Attorneys for Plaintiff
James A. Redeker

Dated: October 6, 2008

JOSEPH M. MALKIN
OSWALD B. COUSINS
ROCKY C. TSAI
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *[signature]*
Oswald B. Cousins
Attorneys for Defendant
PG&E Corporation

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby modifies the current case management order in this case as follows:

| Event | Originally Scheduled Date | New Date |
|---|---|---|
| Last day to file/serve Case Management Statement and ADR Certification | November 10, 2008 | January 9, 2009 |
| Case Management Conference | November 17, 2008 | January 16, 2009 |

SO ORDERED.

Dated: October 7, 2008.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge