1  JOSEPH M. MALKIN (STATE BAR NO. 54039)
   jmalkin@orrick.com
2  OSWALD B. COUSINS (STATE BAR NO. 172239)
   ocousins@orrick.com
3  ROCKY C. TSAI (STATE BAR NO. 221452)
   rtsai@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
5  405 Howard Street
   San Francisco, CA 94105-2669
6  Telephone:  +1-415-773-5700
   Facsimile:  +1-415-773-5759
7
   Attorneys for Defendant
8  PG&E Corporation

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   JAMES A. REDEKER,                    Case No. CV 08 3872 BZ
14                                      **AMENDED**
              Plaintiff,                NOTICE OF SETTLEMENT AND
15                                      REQUEST FOR STAY OF
        v.                              PROCEEDINGS
16
   PG&E CORPORATION and DOES I-X,
17
              Defendants.
18

## STIPULATION

Plaintiff James A. Redeker ("Plaintiff") and Defendant PG&E Corporation ("Defendant"), acting through their respective counsel of record, hereby stipulate as follows:

1. The parties have reached a settlement in principle that will resolve this action without the need for further litigation. The parties are still working to finalize specific terms and expect to file a dismissal within thirty to sixty days.

2. Currently, Defendant's response to the complaint is due on October 3, 2008, the Parties are scheduled to appear for a case management conference on November 17, 2008, and their joint case management statement is due by November 10, 2008.

3. The parties hereby agree to continue Defendants' time to respond to the complaint for another sixty days, until December 3, 2008, and also respectfully request that the Court continue the case management conference and all related deadlines for sixty days to allow the parties time to finalize the settlement and file a dismissal.

Dated: October 6, 2008

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

By: *Kathy Burkett Dickson*
Kathryn Burkett-Dickson
Attorneys for Plaintiff
James A. Redeker

Dated: October 6, 2008

JOSEPH M. MALKIN
OSWALD B. COUSINS
ROCKY C. TSAI
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *[signature]*
Oswald B. Cousins
Attorneys for Defendant
PG&E Corporation

## ORDER

Based on the stipulation of the parties, and good cause appearing therefore, the Court hereby modifies the current case management order in this case as follows:

| Event | Originally Scheduled Date | New Date |
|---|---|---|
| Last day to file/serve Case Management Statement and ADR Certification | November 10, 2008 | January ~~9~~ 19, 2009 |
| Case Management Conference | November 17, 2008 | January ~~16~~ 26, 2009 |

SO ORDERED.

Dated: October 7, 2008.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28